ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                                )
Deloitte Consulting LLP, Deloitte &             )    ASBCA Nos. 63190, 63319
  Touche LLP, and Deloitte Financial            )
  Advisory Services LLP                         )
                                                )
Under Contract Nos. N00039-15-C-0057            )
                    FA2550-17-C-8006             )

APPEARANCES FOR THE APPELLANT:        Thomas A. Lemmer, Esq.
                                      Phillip R. Seckman, Esq.
                                      Jessica R. Chao, Esq.
                                        Dentons US LLP
                                        Denver, CO

APPEARANCES FOR THE GOVERNMENT:       Samuel W. Morris, Esq.
                                        DCMA Chief Trial Attorney
                                      Peter M. Casey, Esq.
                                      Evan Georgopoulos, Esq.
                                        Trial Attorneys
                                        Defense Contract Management Agency
                                        Hanscom Air Force Base, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  August 22, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63190, 63319, Appeals of Deloitte Consulting LLP, Deloitte & Touche LLP, and Deloitte Financial Advisory Services LLP, rendered in conformance with the Board's Charter.

Dated:  August 22, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals